AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

QUEEN N. NWOYE
DOB:  04/24/1978
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __February 24, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

with intent to extort money from Ikemba Iweala, transmit in interstate and foreign commerce a communication containing a threat to injure the property or reputation of Ikemba Iweala

in violation of Title __18__ United States Code, Section(s) __875(d)__.

I further state that I am __William Ronacher, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Frederick Yette  (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
William Ronacher, Special Agent
Federal Bureau of Investigation

_____
Date

at    __Washington, D.C.__
          City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**
QUEEN N. NWOYE
DOB xx/xx/xxxx

I, William Ronacher, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Washington Field Office. I have been a Special Agent with the FBI for approximately eleven years. I am currently assigned to a Violent Crime Major Offenders squad. I have been assigned or have assisted in numerous investigations regarding general criminal matters throughout my career.

2. Through direct investigation by the affiant, and facts learned from other law enforcement officials and witnesses, I respectfully submit this affidavit in support of the issuance of a Criminal Complaint for QUEEN N. NWOYE, for extortion, in violation of 18 U.S.C. § 875(d). This affidavit contains information necessary to support probable cause for this application, and is not intended to include each and every fact and matter observed by me or known by the government.

3. On August 4, 2006, your affiant interviewed Dr. Ikemba Ihediohanma Iweala, date of birth, xx/xx/xxxx. Dr. Iweala stated that, although he is a married man, he engaged in a sexual relationship with a woman named QUEEN NWOYE, which lasted from approximately September, 2002 through August, 2003. Thereafter, Dr. Iweala and NWOYE ended their intimate relationship, but remained social friends. On August 4, 2006, your affiant showed Dr. Iweala a photograph of QUEEN N. NWOYE, which your affiant obtained from the State of Maryland Motor Vehicle Administration. Dr. Iweala confirmed that the photograph was in fact a photograph of the person he knows as QUEEN NWOYE.

4. In or about February, 2006, Dr. Iweala received a telephone call from NWOYE while he was in Boston, Massachusetts. During their conversation, NWOYE asked Dr. Iweala to call a person she said was her cousin, whom she identified as "Ernest Ufondu," in Atlanta, Georgia. NWOYE would not tell Dr. Iweala why he needed to call Ufondu. Nonetheless, Dr. Iweala agreed and placed a telephone call to Ufondu, using a telephone number NWOYE gave to him, that is, 510-590-7100. During their conversation, Ufondu told Dr. Iweala that he knew about the doctor's sexual relationship with NWOYE and that he would tell Dr. Iweala's wife, as well as the medical board, about the affair unless Dr. Iweala paid him $20,000. Ufondu told the doctor that he would tell the medical board about his relationship with NWOYE and that he would lose his medical license if the doctor did not pay him the $20,000. Based on Ufondu's threats, Dr. Iweala agreed to pay the money and Ufondu stated that he would send NWOYE to pick up the money from him. On Friday, February 24, 2006, Dr. Iweala got a cashier's check in the amount of $20,000 and then gave the check to NWOYE at a pre-arranged meeting location in Maryland. Dr. Iweala then called Ufondu and told him that he had given the check to NWOYE.

4. In the middle of the following week, Dr. Iweala received another telephone call from Ufondu. During the call, Ufondu told Dr. Iweala that he should be happy that he, Ufondu, had not reported the doctor's affair to the medical board. Then Ufondu demanded another $20,000. When Dr. Iweala said that he had already paid him $20,000, Ufondu told him that the first $20,000 was for NWOYE, to help her start a better life. As a result of Ufondu's demand, on February 28, 2006, Dr. Iweala withdrew $20,000 in cash from a bank account he owned or controlled. On March 3, 2006, Dr. Iweala received a telephone call from Ufondu in which Ufondu said that he would again send NWOYE to pick up the money. NWOYE then made a pre-arranged visit to Dr. Iweala and he gave

her $20,000 in cash while they were in the parking lot of Providence Hospital in Washington, D.C.

5. On March 10, 2006, Dr. Iweala received a telephone call from NWOYE. During their conversation, NWOYE told him that she had not had sex in a while and that she wanted to see him. Dr. Iweala agreed and, that evening at approximately 9:00 p.m., NWOYE came to visit him at Providence Hospital. They drove out to a secluded portion of the parking lot in NWOYE's car and disrobed. As NWOYE and Dr. Iweala were engaged in sex, or about to engage in sex, an unknown man, hereinafter referred to as "UNSUB," approached the car and began taking photographs. Dr. Iweala got out of the car and UNSUB continued to take photographs of him. NWOYE drove away in her car. Dr. Iweala could not tell whether UNSUB drove away with NWOYE. As Dr. Iweala was driving home after the incident, he received a telephone call from Ufondu. Ufondu essentially said: "How are you feeling? What happened tonight? That was a terrible mistake. I told you she was being followed. You have put yourself in a real bind. Now I have the photos. You have to pay money to stop all these things." Ufondu then demanded an additional $100,000 from Dr. Iweala, to be paid in two wire transfer installments of $50,000 each. Ufondu stated that NWOYE would call him back with her banking information so that he could transfer the money into her account. Later, NWOYE called Dr. Iweala and gave him her banking information (Bank of America account number xxxxxxxxxxx). On March 14, 2006 and March 28, 2006, Dr. Iweala made two separate wire transfers of $50,000 each into NWOYE's bank account.

6. Following the second $50,000 wire transfer, Dr. Iweala received another telephone call from Ufondu, during which Ufondu stated that Dr. Iweala would have to pay another $20,000 to the person who took the photographs so that he, *i.e.*, UNSUB, would not go public with the photographs. The doctor balked at that amount, but ultimately agreed to pay $15,000 to prevent disclosure of the

photographs. As a result, on March 31, 2006, Dr. Iweala made a cash withdrawal of $15,000. That same day, NWOYE met Dr. Iweala in the parking lot of Providence Hospital, and he gave her the money. Later that evening, Dr. Iweala received a telephone call from Ufondu. NWOYE was also on the telephone line. Ufondu told Dr. Iweala that NWOYE was refusing to pay him the $100,000 that had been wired into her account. Ufondu said that he would try to work it out with NWOYE, but if she did not pay him the money, then Dr. Iweala would owe him another $100,000. Ufondu then told Dr. Iweala that he would have to pay him another $30,000 and that he was to wire transfer the money into the bank account of an individual named Adriane Osuagwu (Bank of America account number xxxxxxxx). On April 10, 2006, Dr. Iweala wired the $30,000 into Adriane Osuaguwu's bank account.

      7. Dr. Iweala provided your affiant with copies of his banking records which reflected the transactions he conducted as a result of this extortion. These banking records corroborated Dr. Iweala's claims that he paid a total of $185,000 to NWOYE and Ufondu as a result of this extortion scheme.

      8. Dr. Iweala reports that during each of his telephone conversations with Ufondu, Ufondu was using telephone number xxx-xxx-xxxx. Through investigation, your affiant has determined that telephone number xxx-xxx-xxxx is registered to QUEEN NWOYE, and that the carrier is AT&T Wireless Services, Inc.

      9. On August 23, 2006, Dr. Iweala recorded multiple consensually monitored telephone calls between himself and NWOYE. During these telephone calls, Dr. Iweala made numerous references to the money he paid to NWOYE and Ufondu, as well as the pictures that were taken of him and NWOYE. NWOYE stated that the pictures would not go anywhere without her support.

Furthermore, NWOYE confirmed during the conversation that she forwarded all of the money she received from the doctor to Ernest (Ufondu).

10. Based upon the foregoing, I respectfully submit that there is probable cause to believe that between in or about February, 2006 through April, 2006, QUEEN N. NWOYE, of Lanham, Maryland, and others, participated in a scheme to extort money from Dr. Ikemba Ihediohanma Iweala, in violation of federal law. Accordingly, I respectfully request that a Criminal Complaint and an Arrest Warrant be issued in the District of Columbia.

_____
William Ronacher, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this \_\_\_\_\_ day of October, 2006.

_____
United States Magistrate Judge