# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

QUEEN N. NWOYE
DOB:

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 476 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   QUEEN N. NWOYE
                                      Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

**FILED**

**NOV 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully and unlawfully, on or about February, 2006 through April, 2006, participating in a scheme to extort money from Ikemba Iweala,

in violation of Title  18  United States Code, Section(s) § 875(d) .

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 13 2006    District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                            Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | 333 Constitution Ave, Wash DC, Courtroom #7 |
| DATE RECEIVED  11/16/06 | NAME AND TITLE OF ARRESTING OFFICER  Rob Cucini  DUSM | SIGNATURE OF ARRESTING OFFICER  [signature] |
| DATE OF ARREST  11/16/06 | | |