IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| v. | : | MAGISTRATE NO.: 06-0476M-01 (CR) |
| QUEEN NWOYE, | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Extortion) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

At all times material to the Indictment:

<u>The Conspiracy</u>

1. From on or before February 1, 2006, the exact date being unknown to the Grand Jury, and continuing through on or about April 10, 2006, within the District of Columbia and elsewhere, defendant **QUEEN NWOYE** and an unindicted co-conspirator whose identity is known to the Grand Jury (the "co-conspirators") knowingly conspired, combined, confederated, and agreed with each other to commit an offense against the United States, that is, extort money from Ikemba Iweala, by transmitting in interstate and foreign commerce threats to injure the property and reputation of Ikemba Iweala, in violation of Title 18, United States Code, Section 875(d)(Extortion).

Object of the Conspiracy

2. It was the object of the conspiracy to obtain money by threatening Ikemba Iweala with disclosure of embarrassing information that would harm his reputation in order to force Ikemba Iweala to pay money – ultimately totaling $185,000 – to prevent disclosure of that information.

Manner and Means Used to Accomplish the Object of the Conspiracy

3. The object of the conspiracy was to be accomplished through the following manner and means, among others:

(A) The co-conspirator whose identity is known to the Grand Jury engaged in numerous telephone conversations with Ikemba Iweala, during which he threatened to disclose Ikemba Iweala's relationship with **QUEEN NWOYE**, unless Ikemba Iweala paid money to the co-conspirators in order to prevent disclosure of that information;

(B) The co-conspirator whose identity is known to the Grand Jury instructed Ikemba Iweala to pay money to prevent disclosure of embarrassing information by personally delivering money to the co-conspirators, or by wiring funds into their bank accounts.

Overt Acts

4. In furtherance of the conspiracy and to accomplish the object of the conspiracy, **QUEEN NWOYE** and the co-conspirator whose identity is known to the Grand Jury committed various overt acts, within the District of Columbia and elsewhere, including, but not limited to the following:

(A) In or about February, 2006, the co-conspirators, who were in Maryland, telephoned Ikemba Iweala, who was in Massachusetts, and informed him that if he did not pay the co-conspirators $20,000, the co-conspirators would inform Ikemba Iweala's wife that he had a relationship with **QUEEN NWOYE**.

(B) On or about February 24, 2006, as a result of threats to harm Ikemba Iweala's reputation, **QUEEN NWOYE** met Ikemba Iweala at a location in Maryland and was given a cashier's check in the amount of $20,000.

(C) On or about February 25, 2006, the co-conspirator whose identity is known to the Grand Jury telephoned Ikemba Iweala, who was in Maryland, and demanded another $20,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with **QUEEN NWOYE**.

(D) On or about March 3, 2006, **QUEEN NWOYE** met Ikemba Iweala at Providence Hospital in the District of Columbia and was given $20,000 in cash to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with **QUEEN NWOYE**.

(E) On or about March 10, 2006, the co-conspirators discussed and implemented a scheme to force Ikemba Iweala to pay the co-conspirators more money. **QUEEN NWOYE** contacted Ikemba Iweala and then met him in the District of Columbia under the pretext that they would engage in sex in a parked car. When Ikemba Iweala and **QUEEN NWOYE** were in a compromised state, **QUEEN NWOYE** gave the co-conspirator whose identity is known to the Grand Jury a pre-arranged signal and he began taking photographs of Ikemba Iweala as Ikemba Iweala fled the scene.

(F) On or about March 10, 2006, the co-conspirator whose identity is known to the Grand Jury telephoned Ikemba Iweala, who was in Maryland, and demanded that Ikemba Iweala pay another $100,000, in two installments of $50,000, in order to prevent the disclosure of Ikemba Iweala's affair with **QUEEN NWOYE**.

(G) On or about March 14, 2006, as a result of threats to harm Ikemba Iweala's reputation, Ikemba Iweala, who was in the District of Columbia, wire transferred $50,000 into **QUEEN NWOYE'S** Bank of America bank account, and she subsequently wire transferred $48,000

of that money into a Bank of America bank account owned or controlled by the co-conspirator whose identity is known to the Grand Jury.

(H) On or about March 28, 2006, as a result of threats to harm Ikemba Iweala's reputation, Ikemba Iweala, who was in the District of Columbia, wire transferred $50,000 into **QUEEN NWOYE'S** Bank of America bank account, and she subsequently wire transferred $48,000 of that money into a Bank of America bank account owned or controlled by the co-conspirator whose identity is known to the Grand Jury.

(I) On or about March 28, 2006, during a telephone conversation, the co-conspirator whose identity is known to the Grand Jury, demanded that Ikemba Iweala, who was in Maryland, pay another $20,000, which was reduced to $15,000, in order to prevent the disclosure of Ikemba Iweala's affair with **QUEEN NWOYE**.

(J) On or about March 31, 2006, **QUEEN NWOYE** met Ikemba Iweala at Providence Hospital in the District of Columbia and was given $15,000 in cash to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with **QUEEN NWOYE**.

(K) On or about March 31, 2006, the co-conspirator whose identity is known to the Grand Jury telephoned Ikemba Iweala, who was in Maryland, and demanded another $30,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with **QUEEN NWOYE**.

(L) On or about April 10, 2006, as a result of threats to harm Ikemba Iweala's reputation, Ikemba Iweala wire transferred $30,000 into a Bank of America bank account owned by the co-conspirator whose identity is known to the Grand Jury.

**(Conspiracy to Commit Offenses Against the United States,** in violation of Title 18, United States Code, Section 371).

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia