IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-12 (RMC) |
| v. | : |
| QUEEN NWOYE, | : |
| Defendant. | : |

**FILED**

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion for a Protective Order, and for good cause shown, it is this _3rd_ day of May, 2007,

ORDERED, that the motion for a protective order is hereby granted; and it is

FURTHER ORDERED, that the defendant and defense counsel, as well as their investigators and other agents, shall not reveal to any individual who is not assisting in the defense of the defendant and under the defendant's and defense counsel's direction and control, the contents of any audiotaped conversations between the defendant and victim that have been or will be disclosed to the defense by the government in connection with this case; and it is

FURTHER ORDERED, that any third party who is given access to the audiotapes by the defendant or defense counsel shall not make any additional disclosure of the audiotapes unless that disclosure is under the direction and control of the defendant and defense counsel.

_____
ROSEMARY M. COLLYER
United States District Judge