UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES | * | |
| Plaintiff | * | CR. NO. 07-012 |
| vs | * | |
| QUEEN NWOYE | * | |
| Defendant | * | |

### PRAECIPE

It is requested that you enter the appearance of the undersigned as attorney for the defendant, QUEEN NWOYE, in the above-captioned matter.

Respectfully submitted,

_____
STANLEY E. BARITZ
DC BAR NO: 128447
One Church Street, Ste. 910
Rockville, Maryland 20850
(301) 340-3003
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was mailed via first class mail, postage prepaid, this 25th day of May, 2007 to, Assistant U.S. Attorney, Fred Yette, the United States Attorney Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530.

_____
STANLEY E. BARITZ