UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES | * | |
| Plaintiff | * | CR. NO.  06-476M-01 (JMF) |
| vs | * | |
| QUEEN NWOYE | * | |
| Defendant | * | |

### CONSENT MOTION TO CONTINUE DATE FOR FILING MOTIONS

The Defendant, QUEEN NWOYE, by and through her attorney, STANLEY E. BARITZ, moves this Honorable Court to continue the date for filing defense motions presently scheduled for June 8, 2007 to June 29, 2007. As grounds for this Motion, Defendant states:

1. That Defendant appeared for a status hearing on May 11, 2007 at which time the Court set dates for the filing of motions and trial dates in this case.

2. That the Court set the date of May 25, 2007 for an initial motion to be filed by the Defendant and Defendant has filed a discovery letter with the Government requesting various forms of discovery, much of which has previously been provided by the Government.

3. That the Court ordered that Defendant's other motions to be filed by June 8, 2007.

4. That the counsel for Defendant has not completed his review of the discovery provided and following conversations with counsel for the Government, there are some additional items Defendant believes have not been provided to Defendant at this time. In addition, the Government is making inquiries about certain other information which has been requested by Defendant which may be in the possession of the Government. The parties are awaiting confirmation of the existence of this evidence.

5. That counsel for Defendant needs additional time to review the discovery and will require

additional time to prepare motions based upon the other evidence which may be forthcoming from the Government.

6. That extending the time to file motions for three weeks will not adversely affect the schedule of dates established by this Court for motions hearing and trial.

7. That counsel for the Government has been advised of the filing of this motion and consents to the relief requested.

Respectfully submitted,

_____
STANLEY E. BARITZ
DC BAR NO.: 128447
One Church Street, Suite 910
Rockville, Maryland 20850
(301) 340-3003
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Continue Date for Filing Motions was mailed via first class mail, postage prepaid, this ____ day of June, 2007 to, Assistant U.S Attorney, Fred Yette, the United States Attorney Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530.

_____
STANLEY E. BARITZ

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| Plaintiff | * | CR. NO. 06-476M-01 (JMF) |
| vs | * | |
| **QUEEN NWOYE** | * | |
| Defendant | * | |

## ORDER

Upon the Motion from the Defendant to continue the date for filing other Defendant's motions from June 8, 2007 to June 29, 2007, filed with the consent of the Government, to allow for additional discovery to be provided by the Government, the Court hereby

ORDERS, that the time for filing other motions on behalf of the Defendant is continued from June 8, 2007 to June 29, 2007.

DATE: _____

_____
ROSEMARY M. COLLYER
JUDGE U.S. DISTRICT COURT