UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES | * | |
| Plaintiff | * | CR. NO. 06-476M-01 (JMF) |
| vs | * | |
| QUEEN NWOYE | * | |
| Defendant | * | |

### CONSENT MOTION TO CONTINUE DATE FOR FILING MOTIONS

The Defendant, QUEEN NWOYE, by and through her attorney, STANLEY E. BARITZ, moves this Honorable Court to continue the date for filing defense motions presently scheduled for June 29, 2007. As grounds for this Motion, Defendant states:

1. That Defendant appeared for a status hearing on May 11, 2007 at which time the Court set dates for the filing of motions and trial dates in this case.

2. That the Court ordered that Defendant's other motions to be filed by June 8, 2007.

3. That counsel for the Defendant requested an extension of the motions filing to June 29 by consent.

4. That the counsel for Defendant has not completed his review of the discovery provided. That the Government has not provided all of the discovery requested but has sent additional discovery. Defendant has received three packets of discovery since June 21, 2007.

5. That counsel for Defendant requires time to review the discovery and will require additional time to prepare motions based upon the other evidence which may be forthcoming from the Government.

6. That extending the time to file motions for three weeks will not adversely affect the schedule of dates established by this Court for motions hearing and trial.

7. That counsel for the Government consents to the relief requested in this motion.

Respectfully submitted,

_____
STANLEY E. BARITZ
DC BAR NO. 128447
One Church Street, Suite 910
Rockville, Maryland 20850
(301) 340-3003
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Continue Date for Filing Motions was mailed via first class mail, postage prepaid, this 3rd day of June, 2007 to, Assistant U.S Attorney, Fred Yette, the United States Attorney Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530.

_____
STANLEY E. BARITZ

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES | * | |
| Plaintiff | * | CR. NO. 06-476M-01 (JMF) |
| vs | * | |
| QUEEN NWOYE | * | |
| Defendant | * | |

### ORDER

Upon the Motion from the Defendant to continue the date for filing other Defendant's motions from June 29, 2007, filed with the consent of the Government, to allow for additional discovery to be provided by the Government and for the Defendant to review the discovery and prepare motions, the Court hereby

ORDERS, that the time for filing other motions on behalf of the Defendant is continued from June 8, 2007 to June 29, 2007 to July 27, 2007.

DATE:                                   _____
                                        ROSEMARY M. COLLYER
                                        JUDGE U.S. DISTRICT COURT