IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 07-12 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **QUEEN NWOYE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S PROPOSED PRELIMINARY STATEMENT,
AND VOIR DIRE QUESTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following preliminary statement and voir dire questions:

**PRELIMINARY STATEMENT**

This is a criminal case in which the defendant is charged with conspiracy to commit extortion. The charge arises from an allegation that from on or about February 1, 2006, to on or about April 10, 2006, the defendant and another person conspired to extort money from Dr. Ikemba Iweala, by threatening to tell his wife and a medical board that he had once engaged in an extramarital affair with Queen Nwoye. In order to prevent Queen Nwoye and the other person from revealing that information, Dr. Iweala was forced to pay Queen Nwoye and the other person a total of $185,000.

The defendant denies these charges.

The government proposes the following special voir dire questions:

**PROPOSED VOIR DIRE QUESTIONS**

1. During this trial, we expect that you will hear evidence that certain individuals committed adultery. Has any member of the jury panel, or any of your relatives or close friends, had a marriage or other relationship affected by adultery? (Answers to be taken at the bench)

    a. If the answer is yes, would hearing testimony on adultery affect your ability to be a fair and impartial juror in this case?

2. Is there any member of the jury panel that has any moral, religious or philosophical convictions about adultery that would affect your ability to be a fair and impartial juror in this case?

3. Is there any member of the jury panel who has any moral, religious or philosophical convictions – even if they do not concern the issue of adultery – which would make it difficult for you to pass judgment on another person or to render a judgment in this case based solely upon the evidence presented during the trial? (Answers to be taken at the bench)

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney

By: _____
        Frederick Yette, DC Bar # 385391
        Assistant U.S. Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-1666
        Frederick.Yette@usdoj.gov