AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

U.S.A.

vs

Queen Nwoye

FILED
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPEARANCE

CASE NUMBER: 07-CR-12

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for QUEEN NWOYE IN THE ABOVE ENTITLED CRIMINAL MATT

Date: 9/17/07

Signature: [signed]

Print Name: JOHN O. IWEANOGE, II

Address: 1026 MONROE STREET, NE

City: WASHINGTON   State: DC   Zip Code: 20017

Phone Number: P (202) 347-7026   F (202) 347-7108