UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

QUEEN NWOYE

CRIMINAL CASE 07-12 (ESH

## NOTE FROM JURY

We have arrived at a verdict

Date: 11/2/07

Time: 2:17 pm

FOREPERSON