UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 2 2007


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No. 07-12 (ESH)
                            )
QUEEN NWOYE,                )
                            )
        Defendant.          )
                            )

## VERDICT FORM

How do you find the defendant, Queen Nwoye, as to <u>Count One</u> of the Indictment: Conspiracy to Commit Extortion?

\_\_\_\_\_ Not Guilty    \_\_X\_\_ Guilty


Date: November 2, 2007        _____
                                Name of Foreperson