IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 07-12 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **QUEEN NWOYE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, John Iweanoge, Esq., hereby move this Court to vacate the current sentencing date of January 18, 2008, and reschedule the sentencing hearing for a future date convenient to the Court and parties. As grounds for this motion, the government states the following:

The defendant's sentencing hearing is set for January 18, 2008. However, the defendant's attorney, Mr. Iweanoge, has been out of the country for an extended time period and will not return until the week of the sentencing. Both parties have sentencing materials they wish to present to the Court, but those materials will not be ready by January 18. Accordingly, the parties request that the Court reschedule the sentencing for a date in March, 2008, which is convenient to the Court and

parties. The defendant, through counsel, John Iweanoge, Esq., joins this motion to reschedule the sentencing hearing.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney

By: _____
      Frederick Yette, DC Bar # 385391
      Assistant U.S. Attorney
      Federal Major Crimes Section
      555 4th Street, N.W.
      Washington, D.C.  20530
      (202) 353-1666
      Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.: 07-12 (ESH)** |
| : | |
| **v.** : | |
| : | |
| **QUEEN NWOYE,** : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this _____ day of January, 2008,

ORDERED, that the sentencing hearing scheduled for January 18, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on March _____, 2008, at _____ a.m./p.m.

_____
ELLEN S. HUVELLE
United States District Judge