IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-12 (ESH) |
| v. | : | |
| QUEEN NWOYE, | : | |
| Defendant. | : | |

**FILED**
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this __11__ day of January, 2008,

ORDERED, that the sentencing hearing scheduled for January 18, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on March __20__, 2008, at __9:30__ a.m./p.m.

_____
ELLEN S. HUVELLE
United States District Judge