IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 07-12 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **QUEEN NWOYE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, John Iweanoge, Esq., hereby move this Court to vacate the current sentencing date of March 20, 2008, and reschedule the sentencing hearing for a future date convenient to the Court and parties. As grounds for this motion, the government states the following:

The defendant's sentencing hearing is set for March 20, 2008. The parties are working on sentencing issues and materials that may have an impact on what the defendant's sentence will be. However, these issues will not be resolved by March 20th. Accordingly, the parties request that the Court reschedule the sentencing for a date in May, 2008, which is convenient to the Court and the

parties. The defendant, through counsel, John Iweanoge, Esq., joins this motion to reschedule the sentencing hearing.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                  United States Attorney

By: _____
       Frederick Yette, DC Bar # 385391
       Assistant U.S. Attorney
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-1666
       Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.: 07-12 (ESH)** |
| : | |
| **v.** : | |
| : | |
| **QUEEN NWOYE,** : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this _____ day of March, 2008,

ORDERED, that the sentencing hearing scheduled for March 20, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on May _____, 2008, at _____ a.m./p.m.

 

_____
ELLEN S. HUVELLE
United States District Judge