IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-12 (ESH) |
| | : | |
| v. | : | |
| | : | |
| QUEEN NWOYE, | : | FILED |
| | : | |
| Defendant. | : | MAR 1 7 2008 |
| | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this 17 day of March, 2008,

ORDERED, that the sentencing hearing scheduled for March 20, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on May 8, 2008, at 11:00 a.m.

_____
ELLEN S. HUVELLE
United States District Judge