IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 07-12 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **QUEEN NWOYE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, John Iweanoge, Esq., hereby move this Court to vacate the current sentencing date of May 8, 2008, and reschedule the sentencing hearing for a date in June convenient to the Court and parties. As grounds for this motion, the government states the following:

    The defendant's sentencing hearing is set for May 8, 2008. The parties are working on sentencing issues and materials that may have an impact on what the defendant's sentence will be. However, these issues will not be resolved by May 8th. Accordingly, the parties request that the Court reschedule the sentencing for one of the following dates in June: June 3, 4, 5, 10, 11 or 13.

The defendant, through counsel, John Iweanoge, Esq., joins this motion to reschedule the sentencing hearing.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                    By: _____
                                          Frederick Yette, DC Bar # 385391
                                          Assistant U.S. Attorney
                                          Federal Major Crimes Section
                                          555 4th Street, N.W.
                                          Washington, D.C.  20530
                                          (202) 353-1666
                                          Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 07-12 (ESH) |
| | : |
| v. | : |
| | : |
| **QUEEN NWOYE,** | : |
| | : |
| **Defendant.** | : |
| | : |

## ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this _____ day of May, 2008,

ORDERED, that the sentencing hearing scheduled for May 8, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on June _____, 2008, at _____ a.m./p.m.

_____
ELLEN S. HUVELLE
United States District Judge