IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-12 (ESH) |
| v. | : |
| QUEEN NWOYE, | : |
| Defendant. | : |

FILED
MAY 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion to Continue Sentencing Hearing, and for good cause shown, it is this ___6___ day of May, 2008,

ORDERED, that the sentencing hearing scheduled for May 8, 2008, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a sentencing hearing on June ___13___, 2008, at ___10:00___ a.m./p.m.

ELLEN S. HUVELLE
United States District Judge