HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-012-01</u> |
| vs. | : | SSN: |
| NWOYE, Queen | : | Disclosure Date: <u>December 17, 2007</u> |

**FILED**

JUN 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          12/27/2007
Prosecuting Attorney                                            Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant            Date                          Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 31, 2007</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

Para. 7 - in the 6th line, change "exhort" to "extort." Also, Iweala's wife "was" the Minister of Finance; she no longer holds that position.

Para. 16 should indicate that Osuagwu gave Nwoye $5000 after he received the $30,000. In addition, banking records show that Nwoye received at least $11,000 from the extortion scheme while Osuagwu received the remainder.

Signed by: _____
(~~Defendant/Defense Attorney~~/AUSA)

Date: 12/27/2007