CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. __07CR12(ESH)__
QUEEN NWOYE )
)

## NOTICE OF APPEAL

**FILED**
JUN 09 2008
Clerk, U.S. District and
Bankruptcy Courts

Name and address of appellant: __QUEEN NWOYE__

Name and address of appellant's attorney: __JOHN O. IWEANOGE, II__
__IWEANOGE LAW CENTER__
__1026 MONROE STREET, NE__
__WASHINGTON, DC 20017__

Offense: __18 USC §371 / CONSPIRACY TO COMMIT EXTORTION__

Concise statement of judgment or order, giving date, and any sentence:
__DEFENDANT WAS CONVICTED BY A JURY ON NOV. 2, 2007 FOR VIOLATION OF §§ 18 USC 371 AND SENTENCED BY JUDGE HUVELLE TO 20 MONTHS ON JUNE 9, 2008.__

Name and institution where now confined, if not on bail: __CTF/CCA__
__1901 "E" STREET, SE__
__WASHINGTON, DC 20003__

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__06-09-08__
DATE

_[signature]_
APPELLANT

_[signature]_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                    YES [X]   NO [ ]
Has counsel ordered transcripts?                          YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [X]   NO [ ]